G. C. WARREN, *Appellant,* v. THE BOARD OF PUBLIC IN-. STRUCTION FOR THE COUNTY OF HILLSBOROUGH, STATE OF FLORIDA, A CORPORATION, I. WALDEN. J. G. ANDERSON, JR., AND S. D. SWEAT, AS MEMBERS OF SAID BOARD OF PUBLIC INSTRUCTION, FIRST NATIONAL BANK OF TAMPA, EXCHANGE NATIONAL BANK OF TAMPA AND NATIONAL CITY BANK OF TAMPA, EACH A BANKING CORPORATION ORGANIZED AND EXISTING UNDER THE NATIONAL BANKING LAWS OF CONGRESS, AND CITIZENS BANK AND TRUST COMPANY, A BANKING CORPORATION ORGANIZED AND EXISTING UNDER THE BANKING LAWS OF THE STATE OF FLORIDA, *Appellees.*

Decision Filed July 31, 1923.

An Appeal from the Circuit Court for Hillsborough County; F. M. Robles, Judge.

*T. E. Lucas,* for Appellant;

*W. F. Himes, Wm. M. Taliaferro, Knight, Thompson & Turner, McKay & Withers* and *Hilton S. Hampton,* for Appellees.

PER CURIAM.—This cause having heretofore been submited to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby, affirmed.

All concur.